In the United States District Court for the Northern District of Georgia, the plaintiff petitions the Court pursuant to the constitution to permit him to file civil complaint, right to petion Government for redress of grievances.

Susa Nasa
Plaintiff
v.
Sheriff, Victor Hill, et. al.,
defendant.

Thus the plaintiff Respectfully comes before this court today, pursuant to the First Amendment of the U.S. Constitution, which state in mandatory language the following which was written in 1791.

Congress shall make no law respecting an establishment of religion or prohibiting the free exercise there of, or abridging the freedom of speech, or the press, or the <u>right of the people peaceably to assemble and to petition the Government for Redress of grievances</u>, the plaintiff moves to be allowed to petition the government.

This petition is a Request to proceed in forma pauperis, this is <u>not</u> a 42. U.S.C. 1983. civil action, this is only a motion to file a civil action pursuant to the congressional prison Litigation Reform Act contained in 28. U.S.C. 1915, pursuant to 28. U.S.C. 1915.(G) A prisoner is prohibited from bringing a civil action in federal court in forma pauperis if that prisoner has on three or more prior occasions while confined brought an action or appeal in a U.S. Court that was dismissed on the grounds that it was frivolous, malicious or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury, However 28. U.S.C. 1915 also states in no event shall a prisoner unable to afford the filing fee be prevented from pursuing his claim, see <u>Nicholas V. Tucker 114 F.3d 17, 21, 2d. Cir. 1997.</u>

2.

Plaintiff's Brief

At least three times the Plaintiff who is intained at Law has had actions dismissed as frivolous, but because those complaints failed more to be because the plaintiff was incited at law.

The Plaintiff has no Funds see Exhibit-F and notice that an overriding theme of the in forma pauperis requirement states that Dismissed to 28 U.S.C 1915, is that in the event shall a prisoner unable to afford the filing fee be prevented from pursuing his claim 28 U.S.C. Section 15, see Nicholas V. Tucker 114 F3d 17 21 2d Cir, 1997 the Plaintiff has no Funds and because he has a meritful Complaint the 2nd the courts ton Permission to Submit Evidence to Support his Complaint as a matter of declarable cause fair the following reasons

Susan Wise
V.
Sheriff Victor Hill

Statement of Facts.

There exist some time now there exist a perceive risk of harm at the Clayton County Jail prisoners Her assaulted at will, and each assault is Ither covered up beatings and whipping of prisoners which is unconstitutional, the constant, and the utmost daily custom pertaining to the corporal punishment a custom clearly suffered this sort of calculated treatment see Exhibit 9. By eye witness Antonio Ingram who testimony suffered this sort or calculated treatment See Exhibit-10 of inmate Edward Green who states that he is bi-sexual is a form of being corporal punishment. See my Complaint Exhibit-5 and Exhibit-8

(3)

Plaintiffs Brief

Additionally the beating of Davis Ferris is constant and pervasive system wide and these cruel + unusual pain and suffering on 10-10-04 of the plaintiff was beaten and on 7-27-05 an officer subjected plaintiff to pepper spray merely for having additional food. Not because the plaintiff posed a threat to him or had assaulted him, but because he was unsupervised, untrained and unaccustomed and because he was unsupervised, untrained and unqualified and because he (was) that the plaintiff could be within a dorm by my self and other inmates this the end and true access to state courts who are not at all interested in or by any expect a central and obstacle for all inmates to reach Clayton county Superior State and Appellate Judiciary, not have clayton county Superior State and Appellate courts who live acc repeating complaints against all officials Have a mockery of Justice and Defend officials. See Exhibit 6. And 7. This is the second violation physical assault that which i have received here. Inmates have daily assaulted

I seek permission to file a 42.U.S.C. 1983 in this court for the above state reasons and more, i believe that because of the existence of Defensive Risk of harm, an imminent danger serious physical injury and actions that be permitted to file a 42.U.S.C. 1583 in this court today and request an order permitting me to file following pauperis this 8-1-05

I certify under penalty of perjury that the above stated is true to the best of my knowledge this 8-1-05

Sisa Lash - LEOS3889, plaintiff
C.C.P.D. - 9157 Tara Blvd
Jonesboro GA. 30236

*Exhibit-F*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

_Susa Nasa_
Plaintiff/Petitioner,

v.

_Sheriff Victor Hill,_
Defendant/Respondent.

: AFFIDAVIT IN SUPPORT OF
: REQUEST TO PROCEED
: IN FORMA PAUPERIS; AUTHORIZED
: WITHDRAWAL FORM; CERTIFIED
: AFFIDAVIT OF INMATE ACCOUNT
: STATUS.

### AFFIDAVIT AND AUTHORIZATION
### FOR WITHDRAWAL FROM INMATE ACCOUNT

I, _Susa Nasa_, being first duly sworn or under penalty of perjury, affirm and say that I am the plaintiff/petitioner in the above-styled action; that in support of my motion to proceed without prepayment of fees or costs or give security therefor pursuant to Title 28 U.S.C. § 1915 (a)(1), I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor.

I further swear or affirm that the responses which I have made to the questions below are true

1. Are you presently employed? Yes ( ) No (✓)
   a. If employed, state the amount of your salary or wages per month and give the address of your employer. _none_

   b. If you are not currently employed, state the date of your last employment and the amount of salary or wages received. _No June 2000, 4.50 hour_

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or self-employment?     Yes( ) No(✓)
   b. Rent payments, interest or dividends?         Yes( ) No(✓)
   c. Pensions, annuities or life insurance?        Yes( ) No(✓)
   d. Gifts or inheritances?                        Yes( ) No(✓)
   e. Any other source?                             Yes( ) No(✓)

   If you answered yes to any of the above, describe each source and state the amount received from each. _none_

3. Do you own any cash, or do you have money in a checking or savings account? (Include funds in prison account.)
   Yes ( ) No (✓) If the answer is yes, state the total value of items owned.
   _Answer No_

THIS FORM IS TO BE COMPLETED ONLY BY AN AUTHORIZED INDIVIDUAL AT THE INSTITUTION WHERE THE INMATE PLAINTIFF IS PRESENTLY INCARCERATED, OR HIS/HER DESIGNEE.

## CERTIFICATION

I hereby certify that the Plaintiff herein, __Nassa, Susa__, has an average monthly balance for the last twelve (12) months of $ __Ø__ on account at the __Clayton County Sheriff's Office__ _____ institution where confined. (If not confined for a full twelve (12) months, specify the number of months confined. Then compute average monthly balance on that number of months.)

I further certify that Plaintiff likewise has the following securities according to the records of said institution: __Accounting Department__
__Clayton County Sheriff's Office__
__9157 Tara Blvd__
__Jonesboro, GA 30236__

__KJemison 16148__                                    __7/1/05__
Authorized Officer of Institution                        Date

NOTE: Please attach a copy of the prisoner's inmate account of the last 12 months or the period of incarceration, whichever is less.

**LINDA T. MILLER**
Clerk Magistrate Court

*Exhibit - 6*

Clayton County Justice Center
*9151 Tara Boulevard
Jonesboro, Georgia 30236-4912*
**(770) 477-3443**

**Diane Christian**
*Deputy Court Clerk Supervisor*

---

January 21, 2005

Susa Nasa
LE #0935889
Clayton County Sheriff Dept
9157 Tara Blvd
Jonesboro, GA 30238

Ms. Nasa:

Our office has received the attached correspondence from you. All previous warrants that you are refereeing to have been processed by our office and all warrants have been denied. I have attached copies for your records.

Should you have any additional questions/concerns, please contact our office.

Sincerely,

Magistrate Court Clerk Office
Clayton County, GA

## Witness Affidavit

Yes there is the use of corporal punishment at the Clayton County Jail, useing food as punishment an this happened to Inmate Nash for months I was located in a cell across the hall from him when officers would not feed him he would flood his cell he never did so unless they refused him food They have also refused me food an I have seen them do it to others when he flooded his cell they would turn his water off an leave it off for weeks He rather than smell waste all day would take the waste an throw it into the hallway were they would get it up but they would not allow him to flush his toilet when he dispose of his waste then they would send subordinats to take pictures of the sceen an build a case file of bad reports on him yes food was used as corporal punishment I certify under the penalty amd purry this is correct an true to the best of my knowledge this ~~~~ 2-8-05

Jaquan (Notary)

Edward Green
EDWARD GREEN                    8FEB05
~~~~ 2-8-05 date              DATE

INMATE REQUEST FORM

DATE: 11-24-04    NAME: NASA SUSA — LEO955889    (LAST) (FIRST) (MIDDLE)    CELL#: M-H-2C

Page 2 of 2 Exhibit 5

## INSTRUCTIONS

PRINT OR WRITE CLEARLY, EXPLAINING IN YOUR OWN WORDS EXACTLY WHY YOU ARE FILLING OUT THIS FORM. THIS FORM IS TO BE USED ONLY FOR REQUEST AND ONLY ONE REQUEST PER FORM. REMEMBER A REQUEST IS A STATED FACT OR CONDITION THAT YOU WILL REQUIRE THE ASSISTANCE OF STAFF PERSONNEL. DO NOT WRITE ON THE BACK SIDE OF THE FORM, THE MARGINS, OR ELSEWHERE. IF IT CANNOT BE UNDERSTOOD OR IS SUBMITTED INCORRECTLY IT WILL BE RETURNED FOR CORRECTIONS. CHECK OR WRITE IN THE APPROPRIATE SPACES. REMEMBER TO KEEP YOUR COPY (PINK) OF THIS FORM FOR YOUR RECORDS.

( ) LAW LIBRARY                    ( ) DO I HAVE ANY HOLDS
( ) CHARGES / BOND AMOUNTS         ( ) RELEASE DATE
( ) TO SEE CHAPLAIN                ( ) PROPERTY TO BE MAILED
( ) NEED COURT APPOINTED ATTORNEY  (✓) SPECIAL REQUEST (EXPLAINED BELOW)

( ) TRUSTY POSITION--NOTE--IF YOU CHECK THIS BOX YOUR NAME WILL BE ADDED TO THE LIST OF POSSIBLE TRUSTYS. THIS DOES NOT MEAN THAT YOU WILL AUTOMATICALLY BECOME A TRUSTY. ONE REQUEST IS SUFFICIENT, MORE THAN ONE REQUEST SUBMITTED WILL RESULT IN YOUR NAME BEING REMOVED FROM THE LIST.

(✓) MISC. REQUEST--WHY?: Indeed, I protest that officers such as J. Benifield and Larson are free to deny prisoners their meals in an arbitrary manner in violation of the 14th amendment and that there seem to be a tacit authorization for this unwritten policy. Indeed there seem to be a fascist policy whereby superior officials turn the other way when made aware of this conduct by prisoners leaving the offending officer with the impression that such punitive use of meals is an expectation of them, a reminder of Iraqs Abu Ghraib prison 2004. This sort of conduct is a custom at this jail and daily takes place. On 11-23-04 both of the above named officers refused to give me my morning meal. This was witnessed by all prisoners in my cell block. I was openly denied my morning meal, who gave four officers this punitive

INMATES SIGNATURE: Authority Susa Nasa

******(DO NOT WRITE PAST HERE, TO BE COMPLETED BY STAFF PERSONNEL ONLY!!!)******

REC.FROM INMATE BY: _____    EMP.# ____    DATE: ____
FORWARDED TO: Ch. Arnold    DATE: 11-24-04

ANSWER

RESPONDED TO BY: _____    EMP.# ____    DATE: ____

WHITE: MASTER/INMATE FILE    YELLOW: REPLY/INMATE    PINK: RECEIPT/INMATE
ISFC-40 (REVISED 9/94)    403 060139

# Victim

I Do not know there name But any way I was Kickin At My Door to Let them Know that I Didn't have any Sheets or Blankets to sleep on  So the Spanish officer and the white officer and the Black officer run in on me the Black officer start hittenin me and the Other follow his Led and Started to Beat me for minutes. and Drog me in the hall way and hit me Some more. and squeese the handcuff tighter Around my Arm.

I Couldn't Do nothing But Screem Saying Please Start for minutes.

My name is Davious Letron Taylor
                            Signature
Ze 1162810.
    26

I Certify Under              3-23-05
Penalty Of Perjury that    Date
the Above Stated is True and
Correct to the best Of my
Know Ledge this  3-23-05

## Witness Affidavit

I too have had officers at the Clayton couny jail Refuse to Feed me if i make him mad or if i take part in misconduct or Even if he dont like me, it is FAIRly common and A custom for officers to use Food as an unwritten disciplinary sanction, And CAN Refuse ANy PrisoNER as many meals As they wish As AN Act of corpora PeuNishment which WAs constantly permissible here And was done system wide, And openly And daily officers Would always assest that the inmate Refused or WAs guilty of misconduct, Superior officials generally permitted this and Refused to believe AN inmates complaints that AN officier would Refuse them Food And witess othems do the same, specfically meNtal heAlth patiences And those in lock down Areas and NasA, It is A meANs of corpoporal PuNishment I certify under PeNAlty of Perjury that the above stated is true to the best of my KNowledge this 2-8-05

_Jaguay_ (signature)
NOTARY

8 Feb 05
TodAys DAte

Antoine Ingram
NAMe  LE

_Antoine Ingram_ (signature)
signAture
2-8-05